UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>SHIRRETHA LAVETTE THURMOND dba BRAINIACS LLC<br><br>　　　　　　　　　Debtor. | Chapter 13<br><br>Bankruptcy Case No.:<br>20-10556-mdc |
| SHIRRETHA L. THURMOND,<br><br>　　　　　　　　　Plaintiff,<br><br>　　-against-<br><br>SELECT PORTFOLIO SERVICING, INC., AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF HSI ASSET SECURITIZATION CORPORATION TRUST 2007-HE1,<br><br>　　　　　　　　　Defendant. | Adversary Proceeding No.:<br>20-00210-mdc |

**DEFENDANT'S MOTION TO DISMISS
PLAINTIFF'S ADVERSARY COMPLAINT**

For the reasons set forth in the accompanying Memorandum of Law and Declaration of Fred W. Hoensch, Esq., Defendant Select Portfolio Servicing, Inc. ("Defendant"), as servicing agent for Deutsche Bank National Trust Company, as Trustee for holders of HSI Asset Securitization Corporation Trust 2007-HE1 hereby moves for dismissal with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) of the Adversary Complaint filed by Debtor-Plaintiff Shirretha L. Thurmond.

Defendant consents to the entry of a final order or judgment by the Court if it is determined that the Court, absent consent of the parties, cannot enter a final order or judgment consistent with Article III of the United States Constitution.

Defendant requests oral argument if timely opposition is served and filed.

Respectfully submitted,

**PARKER IBRAHIM & BERG LLP**

/s/ Fred W. Hoensch
Fred W. Hoensch, Esq.
Christopher P. Spina, Esq.
1635 Market Street, 11th Floor
Philadelphia, PA 19103
Telephone: (267) 908-9800
Fax: (267) 908-9888

Dated: July 27, 2020

*Attorneys for Defendant*
Select Portfolio Servicing, Inc., as servicing agent for Deutsche Bank National Trust Company, as Trustee for holders of HSI Asset Securitization Corporation Trust 2007-HE1