UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: <br><br> SHIRRETHA LAVETTE THURMOND dba BRAINIACS LLC <br><br> Debtor. | Chapter 13 <br><br> Bankruptcy Case No.: <br> 20-10556-mdc |
| SHIRRETHA L. THURMOND, <br><br> Plaintiff, <br><br> -against- <br><br> SELECT PORTFOLIO SERVICING, INC., AS SERVICING AGENT FOR DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR HOLDERS OF HSI ASSET SECURITIZATION CORPORATION TRUST 2007-HE1, <br><br> Defendant. | Adversary Proceeding No.: <br> 20-00210-mdc |

**ORDER**

Upon consideration of the Motion of Defendant Select Portfolio Servicing, Inc., as servicing agent for Deutsche Bank National Trust Company, as Trustee for holders of HSI Asset Securitization Corporation Trust 2007-HE1 ("Defendant") for dismissal with prejudice pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6) of the Adversary Complaint filed by Plaintiff Shirretha L. Thurmond ("Plaintiff") and any opposition thereto, it is hereby **ORDERED** that Defendant's Motion is granted. Plaintiff's Adversary Complaint is dismissed with prejudice.

Dated: September 8, 2020

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge